AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 22 2015

MATTHEW J. DYKMAN
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LYMON, Davon | ) | Case No. 15mj3673 |
| xxx-xx-3127 | ) | |
| | ) | |
| Defendant | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __10/21/2015__ in the county of __Bernalillo__ in the _____ District of __New Mexico__, the defendant violated __Title 18__ U. S. C. § __922(g)(1)__, an offense described as follows:

On 10/21/2015, Davon LYMON, a convicted felon, unlawfully possessed a Taurus, model Millennium G2 PT-40, .40 caliber semiautomatic pistol bearing serial number SHN04335 as well as Winchester brand and Perfecta brand .40 caliber ammuntion that has traveled in and affected interstate commerce, in violation of Title 18 U.S.C 922(g)(1).

This criminal complaint is based on these facts:
See Attached

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Derek Wright, Task Force Officer, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/22/2015__

_____
*Judge's signature*

City and state: __Albuquerque, New Mexico__    Laura Fashing, U.S. Magistrate Judge
*Printed name and title*

Criminal Complaint - Continued.

United States of America
         V.
LYMON, Davon
SSN: 3127

1. Derek Wright, a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, deposes and states:

2. Your Affiant is a full time salaried sworn law enforcement officer with the Albuquerque Police Department, and has been so for more than 9 years.

3. Approximately three of those years has been spent on the investigation of federal felony crimes. Part of your Affiant's duties for the past three years has included being a Task Force Officer for the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives.

4. In this capacity your Affiant routinely investigates violations of federal criminal statutes, to include violation of federal firearms laws, and has specifically investigated violations related to subjects who are found to be in possession of illegal and altered firearms. Your Affiant requests that an Arrest Warrant/Criminal Complaint be issued for the above named defendant based on the following information, which your Affiant believes to be true and accurate.

5. I am an investigative, or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7), in that I am an officer of the United States who is empowered by law to conduct investigations and make arrests for the offenses enumerated in Titles 18 and 26, United States Code.

6. The statements contained in this affidavit are based, in part, on information provided by Special Agents and Task Force Officers of the ATF and other law enforcement officers; on conversations held with police officers; and on my background and experience as a Task Force Officer of the ATF.

7. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

8. On October 21, 2015, Albuquerque Police Officer D.W. was on patrol in the southeast area of the City of Albuquerque, County of Bernalillo, State of New Mexico. Officer D.W. conducted a traffic stop on the motorcycle for a stolen license plate in the Walgreens parking lot at 10300 Central Ave SE, Albuquerque, New Mexico.

9. Officer D.W approached the motorcycle which was operated by a male driver, later identified as Davon LYMON, and a female passenger who was not identified. Officer D.W. spoke with Davon LYMON and while doing so. Davon LYMON was not compliant with Officer D.W.'s orders. Officer D.W. attempted to detain Davon LYMON. Officer D.W. was able to get Davon LYMON's left wrist in handcuff restraints when Davon LYMON stated that his right shoulder was hurt. Officer D.W. attempted to gain compliance of Davon LYMON without success. Ofc. D. W. than reached forward in an attempt to utilize the other handcuff and secure it to the front handlebar of the motorcycle.

10. When Officer D.W. reached across Davon LYMON and attempted to handcuff him to the motorcycle handlebar, Davon LYMON removed a firearm and discharged six (6) .40 caliber rounds at Officer D.W. Officer D.W. was struck by numerous rounds to the body to include one (1) round which struck him in the face near his chin. Officer D.W. made a call for help and that shots had been fired. Davon LYMON ran from the scene to the north and into a neighborhood.

11. Responding officers rendered aide to Officer D.W. and established a perimeter around the location they believed Davon LYMON to have been in. Officer D.W. was transported to the University of New Mexico Hospital where hospital staff successfully revived him.

12. Law Enforcement located six (6) spent cartridge casings in the parking lot where Officer D.W. had been shot and identified them as three (3) rounds of Winchester brand .40 caliber ammunition and three (3) rounds of Perfecta brand .40 caliber ammunition.

13. The Albuquerque Police Department SWAT team, Bernalillo County Sheriff's Office SWAT team, as well as the New Mexico State Police SWAT teams responded and attempted to locate Davon LYMON. Albuquerque Police Department Air support assisted in this and observed a male subject running through yards and jumping fences. The SWAT team utilized Police Service Dogs and took Davon LYMON into custody hours later. Davon LYMON was found hiding in a shed at 120 Espejo NE, Albuquerque, New Mexico. When Davon LYMON was taken into custody he still had a handcuff on his left wrist.

14. Davon LYMON was transported to the Presbyterian Hospital and treated for injuries sustained through the canine apprehension.

15. Special Agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives assisted New Mexico State Police officers in searching the area for the firearm. Law Enforcement personnel recovered the firearm in a vacant lot in the 100 block of Glorieta NE which is where Davon LYMON had fled towards. The firearm was identified as a Taurus, model Millennium G2 PT-40, .40 caliber semiautomatic pistol bearing serial number SHN04335. The firearm was found to contain a magazine with multiple rounds of ammunition to include one (1) round of Perfecta brand ammunition in the chamber.

16. Your affiant determined that the Taurus, model Millennium G2 PT-40, .40 caliber semiautomatic pistol bearing serial number SHN04335 as well as all recovered ammunition was not manufactured in the state of New Mexico, therefore affecting interstate commerce.

17. Your affiant queried DAVON LYMON and found him to have two (2) previous felony convictions in cause numbers: D-117-CR-200001145 for the charge of Forgery and D-202-CR-200102659 for the charges of Voluntary Manslaughter, Aggravated Battery with a Deadly Weapon/Great Bodily Harm and Conspiracy to Commit Aggravated Battery with a Deadly Weapon/Great Bodily Harm.

18. Your affiant did not test fire the firearm as it is pending ballistics analysis; however, based on the evidence, it is apparent the firearm functions and fires as designed.

19. Your affiant opines that there is probable cause to believe Davon LYMON did possess a, Taurus, model Millennium G2 PT-40, .40 caliber semiautomatic pistol bearing serial number SHN04335, as well as rounds of ammunition in violation of Title 18 U.S.C. 922(g)(1).

Respectfully submitted,

_____
Derek Wright
Task Force Officer
ATF

Subscribed and sworn to before me
on October 22, 2015:

_____
UNITED STATES MAGISTRATE JUDGE