IN THE UNITED STATES DISTRICT COURT[1]

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 17 2015
MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 15-4082 MCA |
| Plaintiff, | |
| vs. | Counts 1 and 2: 18 U.S.C. §§ 922(g)(1) and 924(a)(2): Felon in Possession of a Firearm; |
| DAVON LYMON, | |
| Defendant. | Count 3: 18 U.S.C. §§ 922(j) and 924(a)(2): Possession of a Stolen Firearm; |
| | Count 4: 18 U.S.C. §§ 922(g)(1) and 924(a)(2): Felon in Possession of a Firearm and Ammunition. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about May 27, 2015, in Bernalillo County, in the District of New Mexico, the defendant, **DAVON LYMON**, having been convicted of felony crimes punishable by imprisonment for a term exceeding one year:

(1) forgery,

(2) voluntary manslaughter,

(3) aggravated battery with a deadly weapon (with great bodily harm), and

(4) conspiracy to commit aggravated battery with a deadly weapon (with great bodily harm),

knowingly possessed, in and affecting commerce, a firearm, a .45 caliber pistol of unknown manufacturer and serial number.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Count 2

On or about May 27, 2015, in Bernalillo County, in the District of New Mexico, the defendant, **DAVON LYMON**, having been convicted of felony crimes punishable by imprisonment for a term exceeding one year:

(1) forgery,

(2) voluntary manslaughter,

(3) aggravated battery with a deadly weapon (with great bodily harm), and

(4) conspiracy to commit aggravated battery with a deadly weapon (with great bodily harm),

knowingly possessed, in and affecting commerce, a firearm, a Springfield model XDM .45 caliber pistol, serial number MG640200.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Count 3

Between on or about May 27, 2015, and May 30, 2015, in Bernalillo County, in the District of New Mexico, the defendant, **DAVON LYMON**, knowingly possessed a stolen firearm, a Springfield model XDM .45 caliber pistol, serial number MG640200, which had been shipped and transported in interstate commerce before it was stolen, knowing and having reasonable cause to know the firearm was stolen.

In violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

Count 4

On or about October 21, 2015, in Bernalillo County, in the District of New Mexico, the defendant, **DAVON LYMON**, having been convicted of felony crimes punishable by imprisonment for a term exceeding one year:

(1) forgery,

(2) voluntary manslaughter,

(3) aggravated battery with a deadly weapon (with great bodily harm), and

(4) conspiracy to commit aggravated battery with a deadly weapon (with great bodily harm),

knowingly possessed, in and affecting commerce, a firearm and ammunition:

(1) a Taurus, model Millennium G2 PT-40, .40 caliber pistol, serial number SHN04335, and

(2) several Perfecta brand .40 caliber cartridges.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

/s/
———————————————
FOREPERSON OF THE GRAND JURY

*[signature]*
Assistant United States Attorney

11/16/2015 8:18 AM