IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. CR 15-4302 MCA |
| | § | |
| DAVON LYMON, | § | |
| | § | |
| Defendant. | § | |

## DEFENSE WITNESS LIST

The defense hereby submits this list of witnesses it may call for the trial in this matter:

Any witness called by the government or necessary for rebuttal. Because the defense investigation is ongoing the Defendant requests leave to supplement this Witness List with any newly discovered witnesses or evidence.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489


        *[Electronically filed]*
Marc Robert
Kari Converse
*Attorneys for Mr. Lymon*

## C<small>ERTIFICATE OF</small> S<small>ERVICE</small>

I HEREBY CERTIFY THAT on July 1, 2016, I filed the foregoing electronically through the CM/ECF system, which caused AUSAs Kimberly Brawley and Jacob Wishard to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

I FURTHER CERTIFY THAT on such date I served the foregoing by e-mail on the following non-CM/ECF Participants:  *n/a*

*[Electronically filed]*